# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAMES ROBERT CARLSON,

    Petitioner,

v.                                   Case No. 3:21-cv-820-LC/MJF

M.V. JOSEPH,

    Respondent.

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 15, 2021. (ECF No. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** without prejudice.

3.       The clerk of the court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 16th day of November, 2021.

                *s/L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**

3:21-cv-820-LC/MJF